RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB - 3 2025

DANIEL J. McCOY, CLERK
BY:_____

**Form to be used by a prisoner filing a civil rights complaint under**
**THE CIVIL RIGHTS ACT, 42 U.S.C. & 1983**

**UNITED STATES DISTRICT COURT**
_____WESTERN_____ **DISTRICT OF LOUISIANA**

Joseph Aaron Magnon 2024110341

**Full name of Plaintiff, Prisoner Number**

1:25-cv-0157 SecP

**Civil Action No.** ___001___

Lasalle Correctional Facility Center

Charlotte        Dane

Dobraless

**Full Name of Defendant(s)**

**COMPLAINT**

## I. Previous Lawsuits

   A.  Have you begun any other lawsuits while incarcerated or detained in any facility?
      Yes_____     No__X__

   B.  If your answer to the preceding question is yes, provide the following information

      1.  State the court(s) where each lawsuit was filed (in federal, identify the District; if the state court, identify the county or parish ):

         N/A

      2.  Name the parties to the previous lawsuit(s):

         Plaintiffs:  N/A

         Defendants:  N/A

      3.  Docket number(s):  N/A

      4.  Date(s) on which each lawsuit was filed:  N/A

      5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:
         N/A

2.

C.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has, been dismissed?

Yes_____     No _9X__

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_N/A_____

II.  A.  **Name of institution and address of the current place of confinement:**

_Lasalle Correctional Center Facility 15976 Hwy 165 South OLLA_
_LA, 71465_

B.  Is there a prison grievance procedure in this institution?
Yes_X__     No_____

   1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
   Yes_X__     No_____
   If Yes, what is the Administrative Remedy Procedure number? _Hand written -01_
   _-02_

   2.  If you did not file an administrative grievance, explain why you have not done so.

   _THE Facility HAS DENIED ALL Addresses Along with the_

   _PROPER FoRmS with GRievance Numbers I Filed HAND Drawn._

   3.  If you filed an administrative grievance, answer the following question.
   What specific steps of the prison procedure did you take and what was the result?  (For Example, for state prisoners in the custody of the Department of Public Safety and Corrections:  did you appeal any adverse decision through to Step 3 of the Department of Public Safety and Corrections?  For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

   _I was DENIED PROPER FoRms, I Followed To the Best understanding_

   _OF LARS 15:1171 seq Dealing with Severe Corruption, And Malfeasance_
   Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

3.

A. Name of Plaintiff Joseph AARON Magnon

   Address  11532 CROSSFIRE Road  Kaplan La 70548

B. Defendant, LaSalle CoRRectIoNAL FacIHy/Center, is employed as

   ADMINISTRATION oF Above   at LaSalle Correction Center 15976 Hwy 165 south
                                                                  oLlA LA 71465

   Defendant, CHaRLette _____, is employed as

   HEAD NuRSE _____ at  Lasalle CoRRectooN Center Foodty
                             15976 Hwy 165 south oLLA LA 71465

   Defendant, DANE' _____, is employed as

   Assistant NuRSE _____ at Lasalle CorRectJonal Center FacIoty
                                 15976 Hwy 165 south oLLA LA 71465

   Additional defendants _____  KABRALESS/PA BRANDISS

   Black HallwoAKcR _____  LaSalle CorRectJonal Center Facloty
                                15976 Hwy 165 south oLLA LA 71465

## IV.    Statement of Claim

State the **Facts** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or conditions(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Since November 17th I was HELD in confinement of LaSalle SHERIFF's facloties Being physically Handicap and on cRutches dealing with A BRoken Leg and just overcoming A major Bacterial Infection oF Bone AND Blood, steming From CaR accident on May 02, 2024 The NuRses HAVE NEGLected To Give PROPER medical THEAtment AFTER Singing my HIPAA For RecoRDS, THE Swelling and Purple DiscoloRatIon was and still is CuRRently Clearly visable CoRRently. THE Explonation of Speaking with noN medical Directly About my medical Condition with Debraless on 01-22-2025 Sent to Hospital As complants of Left Hip and lower Back is PanIshed By FoRced lockDowN 23 hoRS A Day on A steel Bunk Flattened Very PooR mattRESS I have skeletal Damages my Condition IS getting woRSe Day By Day without medical TReatment. With BRoken RIght SHoulder Very Painful many sweat Filled sleepless nights suffering

4.

I Suffer From Major Ansiety AND Have Been Treated By Doctors with medication this Facility has Stopped without SubStatuting Causing me Major Mental StRess and Pain from CRamps AND Nerve Damage on Fused Feet Since 1997.

**V.    Relief**

AS I Signed under Duagess at Time of Accident prior to warrant will show - Along with Denied Practice of Religion ENTIRE TIME Incarcerated - Lock Down on Rusted Bunks without working water movement 1-88 as Taking writing Pens and Records

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

MONETARY PUNITIVE DAMAGES PERSONAL INJURIES
77 Days at 27,000.00 grand Total 2,099,000.00
84 Days at 27,000.00 grand total 2,268,000.00

**VI.    Plaintiff's Declaration**

**A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B. I understand that is I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on the grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

**Signed this** 31 **day of** January ,2025.

LPSO 20241/0341 - Doc 425898
**Prisoner No. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

**Signature of Plaintiff**

5.