**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**JOSEPH AARON MAGNON #2024110341**     **CASE NO.  1:25-CV-00157 SEC P**

**VERSUS**                                             **JUDGE TERRY A. DOUGHTY**

**LASALLE CORRECTIONAL CENTER ET AL  MAGISTRATE JUDGE PEREZ-MONTES**

**MEMORANDUM ORDER**

Before the court is a complaint filed on February 3, 2025.  Upon review of the record, the

Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit either the $405.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $405.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order,

amend the pleadings by submitting the information indicated above to the following address:

**Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this _____13th_____ day of ___February_____, 2025.

Joseph H. L. Perez-Montes
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application