RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 1 0 2025

DANIEL J. McCOY, CLERK
BY:_____

Joseph Aaron Magnon
718 Cheneau Road
Kaplan LA 70548

current Lasalle Correctional Center
15976 Hwy 165
OLLA, LA 71465

Monday 03, 03, 2025

TO: Magistrate Judge Joseph HL. Perez-Montes

Morning It's Joseph Magnon Age 44 physically Handicap since Age 17, 1997 Major Auto Accident, SIR I AM DEALING with the Upmost HARDSHIPS IF YOU RECIEVE THIS CORRESPONDANCE. PLEASE RESPOND BACK. AS I TRIED STATING TO you Last THIS Facility is VERY CORRUPT. I WAS REMOVED FROM BUNK IN medical LOCKDOWN 109 AND placed on THE FLOOR in Room 103 THERE IT HAD NO BUNK AND FORCED TO climb up AND DOWN TO THE FLOOR FROM my CRUTCHES. ASSESTED walking DEVICES I Have BEEN ON FROM Sugusical RECONSTRUCTION OF my LEFT Leg, Hip, and FOOT.

AS stated IN prievous letter THIS Facility is DENING EVERY THING I ASK FOR EVEN GETTING Copies OF THE REQUESTED Documents FOR Your COURT SIR. CAMERAS CAN REFLECT LT. TITIE IN FRONT Main CONTROL Room STATING SHE IS Doing Nothing FOR ME. THAT HAS LEAD TO A BONDSMAN BEIng TOLD I am ON LOCKDOWN AND cannot BOND OUT. Talking place FRIDAY between 12:00 To 5:00pm Talking my pens By Movement of cells. MY KNOWN FRIENDS ARE ATTEMPTING to BOND me they Know my medical conditions. 02-28-25

Today 03-03-25 seen again on Camera 109 cell between 11:00Am TO 4:00pm LT. Mays DIRECTLY stating He will Do Nothing FOR me as long as HE IS Running SHIFT AND LT. So IT places me HERE TRYING TO stay in Compliance with you Your HONOR. PLEAS ACCEPT THIS with the Signed documents As REQuested. IF VERY BAD PUSS Filled staph INFECTED man IS IN cell DOES that CREATE A THREAT OF IMMINENT Serious physical INJURY??

Sincerly,
Joseph A Magnon