Joseph Aaron Magnon

currently, La Salle Correctional Center &-TWP
15976 Hwy 165
OLLA, LA 71465

Residence   718 CHENEAU Road
Kaplan LA 70548

25-cv-0157 Sec.P.

FEBUARY 20, 2025

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 1 4 2025

BY:_____ mdh
DANIEL J. McCOY, CLERK

DEAR, MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES

SIR, I JOSEPH A. MAGNON, AGE 44, AM TAKING ADON MYSELF TO ADDRESS YOU AND THE COURT. DEALING WITH THE CORRUPTION, FAVORTISM, MALFEANCE, AND PRIVLEDGED PEOPLE. TAKING THE LAWS AND ASSUMEING I AM UNDER GRADED OR DUMBFOUNDED, BECAUSE I AM A HANDICAP MAN. FROM OVER 3 hours away, South LOUISIANA. WHO WAS INVOLVED IN A MAJOR CAR ACCIDENT ON May 02, 2024, AND HAVE BEEN IN MAJOR PAIN AND SUFFERING AS TO BEING CHARGED CRIMINALLY. NEGLEGENT INJURY, AS I HAD INSURANCE, ALONG WITH ME BEING THE ONLY ONE INVOLVED WHO HAD INJURY. NOW IT SEEMS Small TOWN Politics AND MEDICAL NEGLECT AS I CAME HERE TO BE Accountable FOR MY ACTIONS.

I AM ATTEMPTING TO GET BRADFORD WALKER Personal INJURY ATTORNEY TO HELP. HERE THESE CURRENT PROBLEMS EXSIST. MAIL FROM YOU YOUR HONOR was COPIED AND Placed into my PROPERTY. MY Legal MATTERS ARE NOT CONFIDENTAL.

SINCE 1997 I HAVE ALL HARDWARE INSIDE me TAKING MAJOR punishment without BEING Allowed MEDICAL. I AM THREATENED By MEDICAL WITH THEM Contacting SHERIFF AND the SHERIFF DIRECTS THE DA. WHO ADVISES THE JUDGE ALL in THE SAME BUILDING. ABOUT JURISDICTION I DO UNDER STAND.

Sincerly
Joseph A. Magnon   page 1

Page 2

PLEASE EXCUSE MY WRITING AN NON PROFESSIONAL FORMS. THIS FACILITY HAS DENIED EVERYTHING I REQUEST EVEN DENIE Medication. Being THESE NURSES ARE NOT QUALIFIED IN SKELETAL DAMAGES.

CURRENTLY AND SINCE 2023 INVOLEMENT WITH; BRADFORD WALKER ATTORNEY, who HAS RECORD OF my SKELETAL DAMAGES. THIS FACILITY IS DENIEING MY ATTORNEY RIGHTS, FAILING TO GIVE ME HIS ADDRESS SO I CAN REACH Him.

I AM SUFFERING with tHE Following CONDITIONS ONLY WORSEN FROM MotoR Vehical ACCIDENT ON May 02, 2024.

My SpinE has SEVERAL DISK in My LOWER BACK I CANNET Sit oR StanD at TIMES.

I Have BEEN on cRutcHES UNABLE TO waLK on my OWN Since May 02, 2024 My LH Leg FEMER was BRoKEN FoR the 2nd Time, the RE RECONSTRUCTION HAS NOT HEALED My Foot TURNS PURPLE MAJoRLy Since CONFINEMENT.

I HAVE RECONSTRUCTED FEET SINCE 1997. my RIGHT Foot has 3 SCREWS / SCREW IS upwards on outter ANKle the pain of Rubbing on The FLatten Bedding is Exposing the ScRew AT FLUSH SKIN. IT's partical FUSED.

My REFT Foot HAS BEEN ReconstRucted 3 times. THE SCREW In my HEAL To my Straight ToES Medically Screwed Together IS VERY Painful RESTLESS Days.

My LeFT Knee an outter upper Knee has MEDICAL SCREWS the BUNKS AND Small AREA showers NoN HanDIcap IS punishing to unbelievable Rates.

My LeFT Hip HAS SCREWS That has my LeFT side in tRemdous pain unable to walk anD unable To get medical HELP.

My RIGHT SHoulder is BRoKen the Ball on arm Top Has BEEN Swelling Against BRoKen END OF CoLOR BONE. ALL MEDICAL HAS BEEN REINJURED in ACCIDENT ON May 02, 2024 PLEASE SIR I Am BEGGING FOR YouR HELP AND GuiDANCE. PLEASE CONTACT BRADFORD J WalKeR attorney at Law FoR Complinace and CONFER. PLEASE

THanKS SINCERLY

Joseph B Magnon

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Joseph Aaron Magnon (PrisID: 2024110341 )
La Salle Correctional Center & Transitional Work Program
15976 Hwy 165
Olla, LA 71465

---

Case: 1:25-cv-00157 #4
2 pages printed: Thu, 13 Feb 2025 13:41:07

---