JOSEPH [illegible]

LaSalle Correctional Center
15976 HWY 165 S
Olla, LA 71465

LCC
INMATE
CORRESPONDENCE

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 1 4 2025

BY: _____ DANIEL J. McCOY, CLERK

USA FOREVER 2024

WESTERN DISTRICT COURT HOUSE
WESTERN DISTRICT ATTORNEYS OFFICE
515 MURRAY ST, SUITE 105
ALEXANDRIA, LA 71301

02/25

LEGAL MAIL

Legal Mail

LEGAL MAIL