a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH AARON MAGNON<br>#2024110341,<br>Plaintiff | CIVIL DOCKET NO. 1:25-CV-00157<br>SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LASALLE CORRECTIONAL CENTER<br>ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Pro se Plaintiff Joseph Aaron Magnon ("Magnon") filed a civil Complaint and Motion for Leave to Proceed *In Forma Pauperis*. ECF Nos. 1, 2. No authorized officer signed the pauper application, so the Court ordered Magnon to re-submit the application with all required information and signatures. To date, Magnon has failed to timely comply with the Order or request an extension of time within which to comply.

Accordingly, IT IS HEREBY ORDERED that the Complaint (ECF No. 1) is STRICKEN from the record.

SIGNED on Friday, March 28, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

1